# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00370-CR
_____

### IN RE BRITTANY L. FRANKLIN

---

### Original Proceeding

---

Relator Brittany L. Franklin filed a petition for writ of mandamus, in which she asks this Court to compel the district clerk to transmit a copy of Franklin's application for writ of habeas corpus, any answer filed, and a certificate "reciting the date upon which that finding was made" to the Court of Criminal Appeals.

The district clerk is not a person against whom we may issue a writ of mandamus other than to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2004). Franklin has not shown that issuance of a writ against the district clerk is necessary to enforce our jurisdiction. *See In re Pennington*, No. 09-08-370 CV, 2008 WL 4425521, at *1 (Tex. App.—Beaumont Oct. 2, 2008, orig. proceeding) (mem. op.).

1

Franklin has not demonstrated that she is entitled to mandamus relief from this Court. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). Accordingly, we deny relief on the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on September 23, 2014
Opinion Delivered September 24, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.